UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN VINCENT FORD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. LEWIS, et al.,<br><br>　　　　　Defendants. | Case No. 1:17-cv-00074-BAM (PC)<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

　　　　Plaintiff Darren Vincent Ford ("Plaintiff"), a state prisoner proceeding pro se, filed a civil rights action under 42 U.S.C. § 1983, together with a request to proceed in forma pauperis under 28 U.S.C. § 1915, on January 17, 2017. (ECF Nos. 1, 2.)

　　　　In his complaint, Plaintiff alleges violations of his civil rights by employees at California Health Care Facility in Stockton, California. (ECF No. 1, p. 1.) The alleged violations occurred in San Joaquin County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Therefore, the complaint should have been filed in the Sacramento Division.

　　　　Under Local Rule 120(f), a court may on its own motion transfer a civil action that has not been commenced in the proper court to the proper court. Therefore, the Court will transfer this action to the Sacramento Division, and will not rule on Plaintiff's request to proceed in forma pauperis.

Good cause appearing, the Court HEREBY ORDERS that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

3. This Court has not ruled on Plaintiff's request to proceed in forma pauperis.

IT IS SO ORDERED.

Dated:   **January 20, 2017**                    /s/ *Barbara A. McAuliffe*
                                                 UNITED STATES MAGISTRATE JUDGE